```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VIENGKEO PATHAMMAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-506 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: December 12, 2005 |
| VIENGKEO PATHAMMAVONG, ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Camil Skipper, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for December 12, 2005 be vacated and a new date of January 9, 2006 be set for status.

Defense counsel has received more than 1,000 pages of discovery and is in the midst of reviewing and organizing those documents.

It is further stipulated and agreed between the parties that the period beginning December 12, 2005 to January 9, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: December 9, 2005

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

                                              /S/NED SMOCK
                                              NED SMOCK
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              VIENGKEO PATHAMMAVONG

                                              MCGREGOR W. SCOTT
                                              United States Attorney

Dated:  December 9, 2005

                                              /S/CAMIL SKIPPER
                                              CAMIL SKIPPER
                                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: December 9, 2005

                                              /s/ Frank C. Damrell JR.
                                              HONORABLE FRANK C. DAMRELL, JR.
                                              District Court Judge