```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VIENGKEO PATHAMMAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-506 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| VIENGKEO PATHAMMAVONG, ) | Date: March 6, 2006 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Camil Skipper, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for February 6, 2006 be vacated and a new date of March 6, 2006 be set for status.

Defense counsel and a paralegal are reviewing and organizing the more than 1,000 pages of discovery provided by the government. Defense counsel needs additional time to review the discovery and meet with the defendant.

It is further stipulated and agreed between the parties that the period beginning February 6, 2006 to March 6, 2006, should be excluded

in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 3, 2006

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender


                                        /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    VIENGKEO PATHAMMAVONG


                                    MCGREGOR W. SCOTT
                                    United States Attorney
```

Dated:  February 3, 2006

```
                                        /S/CAMIL SKIPPER
                                    CAMIL SKIPPER
                                    Assistant U.S. Attorney
```

**ORDER**

   **IT IS SO ORDERED.**

DATED: February 3, 2006

```
                                    /s/ Frank C. Damrell Jr.
                                    HONORABLE FRANK C. DAMRELL, JR.
                                    District Court Judge
```