```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  VIENGKEO PATHAMMAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-05-506 FCD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| VIENGKEO PATHAMMAVONG, | ) ) | Date: April 3, 2006 Time: 9:30 A.M. |
| | ) ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Camil Skipper, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for March 6, 2006 be vacated and a new date of April 3, 2006 be set for status.

Defense counsel and a paralegal have been reviewing and organizing the more than 1,000 pages of discovery provided by the government. In addition, the government has recently sent to the defense substantial additional discovery that must be reviewed and organized. Defense counsel needs additional time to review the discovery and meet with the defendant. The government expects that the case will be resolved or

that a trial date will be set at the next status conference.

It is further stipulated and agreed between the parties that the period beginning March 6, 2006 to April 3, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 3, 2006

    Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
VIENGKEO PATHAMMAVONG

MCGREGOR W. SCOTT
United States Attorney

Dated:  March 3, 2006

    /S/CAMIL SKIPPER
CAMIL SKIPPER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 3, 2006

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
District Court Judge

2